[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 07-12273
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
October 25, 2007
THOMAS K. KAHN
CLERK

D. C. Docket No. 03-02783-CV-PT-M

STEVEN ALLAN FIKE,
individually,
ANDREA RAIFORD DOXTATOR,
individually and as mother and
next friend of April Gowen, a minor,

Plaintiffs-Appellants,

ARLENE RICHARDSON,
Administrator of the estate of
Billie Nadine Bigham,

Plaintiff,

WILLIAM JERRY WESTBROOK,
Executor of the estate of Nadine Bigham,

Intervenor-Plaintiff-
Appellant,

versus

JOHN EARL PEACE, an individual,
D.G. TRUCKING COMPANY,
GENERAL SHALE CORPORATION,
a corporation,
a.k.a. General Shale Building Materials, GP,
a partnership composed of General Shale Building
Materials, Inc. and Wientzberger Bawotoff
Industries AG,

                                             Defendants-Appellees.

_____

Appeals from the United States District Court
for the Northern District of Alabama
_____

**(October 25, 2007)**

Before BARKETT, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

We find no reversible error in the district court's grant of Summary

Judgment in favor of General Shale Products, LLC.

AFFIRMED.